# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| APRIL BELL, CHETEMA LUCAS FRANCIS, BREYLN WARD, ET AL. | * * * | |
| Plaintiffs | * * | |
| V. | * * | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, SECRETARY TOM VILACK; JAMS-ENDISPUTE, INC.; MICHAEL L. LEWIS & ADR ASSOCIATES; EPIQ SYSTEMS f/k/a POORMAN-DOUGLAS CORPORATION | * * * * * * | NO: 4:15CV00335  SWW |
| Defendants | | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE